1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARLUK M. MAYWEATHERS,

      Plaintiff,                    No. 2:09-cv-3284 LKK KJN P

      vs.

GARY SWARTHOUT, et al.,

      Defendants.          ORDER

                              /

        Plaintiff has filed a motion to compel answers to his first set of interrogatories, stating only that defendant Swarthout has not yet provided any response.  (Dkt. No. 23.) DEFENDANT IS HEREBY DIRECTED to serve and file, within seven (7) days of the filing date of this order, a declaration stating whether he has now responded to plaintiff's interrogatories and, if so, on what date.

        Both parties are again cautioned, under threat of sanction, that they are not to file discovery requests or responses except as required by rule or order of this court.  (See Order filed June 22, 1010, Dkt. No. 20, at 5.)

////

////

////

1

1         SO ORDERED.

2 DATED: September 16, 2010

6         KENDALL J. NEWMAN
        UNITED STATES MAGISTRATE JUDGE

7 mayw3284.disc.mtn