IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARLUK M. MAYWEATHERS,

      Plaintiff,                        No. 2:09-cv-3284 LKK KJN P

    vs.

GARY SWARTHOUT, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Defendants have satisfactorily responded to this court's order filed September 16, 2010 (Dkt. No. 24), in a "Statement of Non-Opposition" to plaintiff's motion to compel discovery. Defendants state that they will timely serve, within ten days of the court's order, verified responses without objection to plaintiff's special interrogatories, set one. (<u>See</u> Dkt. No. 25.)

////
////
////
////
////
////

1

1       Accordingly, plaintiff' motion to compel discovery (Dkt. No. 23) is granted, and
2 defendants are hereby ordered to adhere to the representations set forth in their statement.
3       SO ORDERED.
4 DATED: September 24, 2010

                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

mayw3284.ord