IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARLUK M. MAYWEATHERS,

    Plaintiff,                  No. 2:09-cv-3284 LKK KJN P

    vs.

GARY SWARTHOUT, et al.,

    Defendants.             ORDER

_____/

    For good cause shown, defendants' motion for a thirty-day extension of time within which to file their dispositive motion(s) is hereby granted.  Defendants shall file their dispositive motion(s) on or before February 14, 2011.  The parties shall continue to comply with the briefing requirements set forth in the court's orders filed March 12, 2010, and June 22, 2010 (Dkt. Nos. 16, 20).

    SO ORDERED.

DATED: January 19, 2011

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

mayw3284.eot

1