IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARLUK M. MAYWEATHERS,

    Plaintiff,                            No. 2:09-cv-3284-LKK-KJN-P

    vs.

GARY SWARTHOUT, et al.,

    Defendants.                        <u>ORDER</u>

/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On July 14, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. On July 19, 2011, plaintiff was re-served with the findings and recommendations at a new address he listed on a notice of change of address filed July 15, 2011. Neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

ORDERED that:

    1. The findings and recommendations filed July 14, 2011, are adopted in full; and

    2. Defendants' motion for summary judgment (Dkt. No. 30) is denied.

DATED: August 26, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT