1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KARLUK M. MAYWEATHERS,

11          Plaintiff,                    No. 2:09-cv-3284-LKK-KJN-P

12      vs.

13   GARY SWARTHOUT, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On July 14, 2011, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within twenty-one days.  On July 19, 2011,

22   plaintiff was re-served with the findings and recommendations at a new address he listed on a

23   notice of change of address filed July 15, 2011.  Neither party has filed objections to the findings

24   and recommendations.

25          The court has reviewed the file and finds the findings and recommendations to be

26   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

1

1  ORDERED that:

2        1.  The findings and recommendations filed July 14, 2011, are adopted in full; and

3        2.  Defendants' motion for summary judgment (Dkt. No. 30) is denied.

4  DATED:   August 26, 2011.

5

6

7                                  LAWRENCE K. KARLTON

8                                  SENIOR JUDGE

9                                  UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26