# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

KARLUK M. MAYWEATHERS,

       Plaintiff,           No. 2:09-cv-3284 LKK KJN P

  vs.

GARY SWARTHOUT, et al.,

       Defendants.      **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

      Karluk M. Mayweathers, inmate No. D-32829, a necessary and material witness in a settlement conference in this case on October 20, 2011, is confined in California Men's Colony, Highway 1, San Luis Obispo, California, 93409, in the custody of the Warden; in order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison, at the U.S. District Court, 501 I Street, Sacramento, California 95814, in Courtroom No. 2, on October 20, 2011, at 9:00 a.m.

      ACCORDINGLY, IT IS HEREBY ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Men's Colony, P. O. Box 8101, San Luis Obispo, California, 93409:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place noted above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

DATED: September 6, 2011

                                                    KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE

mayw3284.841