IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARLUK M. MAYWEATHERS,

    Plaintiff,　　　　　　　　No. 2:09-cv-3284 LKK KJN P

    vs.

GARY SWARTHOUT, et al.,

    Defendants.　　　　　　　<u>ORDER</u>

_____/

    For good cause shown, defendants' January 3, 2012 motion (Dkt. No. 44) to extend the deadlines for filing pretrial statements, is hereby GRANTED. The Further Scheduling Order filed November 2, 2011 (Dkt. No. 42), is amended as follows:  Plaintiff shall file and serve his pretrial statement, and any motions necessary to obtain the attendance of witnesses at trial, on or before February 10, 2012. Defendants shall file their pretrial statement on or before February 24, 2012. The pretrial conference, which will be held on the papers only, is hereby extended to March 9, 2012. All other dates and provisions of the Further Scheduling Order (Dkt. No. 42), shall remain in effect.

////

////

////

1

1       SO ORDERED.

2  DATED:  January 4, 2012

3

4

5

6                                            _____
                                             KENDALL J. NEWMAN
7                                            UNITED STATES MAGISTRATE JUDGE

8  mayw3284.ext.ptc