IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARLUK M. MAYWEATHERS,

     Plaintiff,                   No. 2:09-cv-3284 LKK KJN P

    vs.

GARY SWARTHOUT, et al.,

     Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner, represented by court-appointed counsel (Mr. Amir Nassihi and Ms. Rachel Smith), proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On June 22, 2012, plaintiff's counsel filed an ex parte request for a court order to facilitate a telephone call with plaintiff at his place of incarceration, California Men's Colony West (CMCW), in San Luis Obispo, California . (Dkt. No. 54.) Plaintiff's counsel represents that defense counsel does not object to the request. Plaintiff's counsel states that they need to communicate with plaintiff to finalize preparation of the Joint Status Conference Statement, which is due on Friday, June 29, 2012. Counsel requests a telephone conference at 2:00 p.m., on Wednesday, June 27, 2009.

        For good cause shown, the court will direct the CMCW Warden and correctional staff to facilitate the requested telephone call between plaintiff and his appointed counsel.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The CMCW Warden, Litigation Coordinator, and other pertinent correctional staff, shall facilitate a telephone call between inmate Karluk Mayweathers, and his appointed counsel (Mr. Amir Nassihi and Ms. Rachel Smith), on Wednesday, June 27, 2012, at 2:00 p.m., or such alternative date and time agreed upon by plaintiff's counsel. This call shall continue, without interruption, for a maximum of 120 minutes or until completed, whichever is earlier.

2. Upon the filing and service of this order, Mr. Nassihi and Ms. Smith shall contact the Litigation Coordinator at CMCW, and provide a telephone number that may be used to reach them at their office and for purposes of the requested call.

3. The Clerk of the Court is ordered to promptly serve a copy of this order, by facsimile and/or email, on the Warden and Litigation Coordinator at CMCW.

IT IS SO ORDERED.

DATED: June 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mayw3284.client.call