IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARLUK M. MAYWEATHERS,

    Plaintiff,                   No. 2:09-cv-3284 LKK KJN P

    vs.

GARY SWARTHOUT, et al.,

    Defendants.        ORDER

_____/

        Pursuant to a settlement conference held on November 15, 2012, before Magistrate Judge Kellison, the parties have informed the court that they reached a settlement. (See Dkt. No. 62.)

        Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositional documents, and a stipulated request for dismissal of this action, within ninety (90) days after the filing date of this order; if additional time is required, the parties shall file a stipulation and proposed order providing for an extension of time.

        SO ORDERED.

DATED: November 27, 2012

                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

mayw3284.sett.disp.docs

1