IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLUCK MAYWEATHERS, | **CASE NO. 2:09-cv-03284 LKK KJN** |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| vs. | |
| GARY SWARTHOUT, et al., | |
| Defendants, | |

The parties respectfully submit this stipulation for an extension of time to file dispositional documents in the above-captioned case. On November 15, 2012, the parties agreed to settle this action. Since that time the parties have negotiated the details of the settlement agreement and have submitted the matter to the Department of Corrections for payment. However, the Department of Corrections has advised that, before the settlement payment can be processed, both defense counsel and Mr. Mayweathers must initial various portions of the settlement agreement which were only initialed by Plaintiff's counsel.

Given that the settlement has not yet been finalized and the administrative process to pay the settlement will take additional time once the settlement has been finalized, the parties

////

////

////

respectfully request a ninety (90) day extension to file dispositional documents from February 26, 2013, until May 27, 2013.

Dated: February 20, 2013          RIVERA & ASSOCIATES

                                  s/ Jonathan B. Paul
                                  _____
                                  JONATHAN B. PAUL
                                  Attorney Defendants
                                  Warden Swarthout, Chaplains Nasir and Sudran


Dated: February 20, 2013          SHOOK, HARDY & BACON

                                  s/ Amir Nassihi (As authorized 2/20/13)
                                  _____
                                  Amir Nassihi Esq.,
                                  Attorney for Plaintiff
                                  Karluck Mayweathers

FOR GOOD CAUSE SHOWN, it is HEREBY ORDERED that the deadline for filing dispositional documents in this action is extended to May 27, 2013.

DATED:  February 26, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mayw3284.stip.eot