IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLUCK MAYWEATHERS, | **CASE NO. 2:09-cv-03284 LKK KJN** P |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| vs. | |
| GARY SWARTHOUT, et al., | |
| Defendants, | |

  The parties respectfully submit this stipulation for an extension of time to file dispositional documents in the above captioned case. On November 15, 2012 the parties agreed to settle this action. Since that time the parties have negotiated the details of the settlement agreement and have submitted the matter to the Department of Corrections for payment. However, the Department of Corrections still processing the settlement payment and has yet to issue a settlement draft.

  Given that the settlement has not yet been finalized, the parties respectfully request a ninety (90) day extension to file dispositional documents from May 27, 2013, until **August 26, 2013.**

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: May 22, 2013 | RIVERA & ASSOCIATES |
| | s/ Jonathan B. Paul |
| | _____ |
| | JONATHAN B. PAUL |
| | Attorney for Defendants |
| | Warden Swarthout, Chaplains Nasir and Sudran |
| Dated: May 22, 2013 | SHOOK, HARDY & BACON |
| | s/ Amir Nassihi (As authorized 5/22/13) |
| | _____ |
| | Amir Nassihi Esq., |
| | Attorney for Plaintiff |
| | Karluck Mayweathers |

FOR GOOD CAUSE SHOWN, it is ordered that the deadline for filing of dispositional documents is extended to August 26, 2013.

DATED:  May 24, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mayw3284.frthr.stip.

Stipulation and Proposed Order