1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

8

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

9
10

KARLUCK MAYWEATHERS,                    **CASE NO. 2:09-cv-03284 LKK KJN** P

11
                        Plaintiff,       **STIPULATION AND** ~~PROPOSED~~
                                         **ORDER FOR AN EXTENSION OF**
12      vs.                              **TIME TO FILE DISPOSITIONAL**
                                         **DOCUMENTS**
13

GARY SWARTHOUT, et al.,

14
                        Defendants,
15      _____

16          The parties respectfully submit this stipulation for an extension of time to file

17      dispositional documents in the above captioned case.  On November 15, 2012 the parties agreed

18      to settle this action.  Since that time the parties have negotiated the details of the settlement

19      agreement and have submitted the matter to the Department of Corrections for payment.

20      However, the Department of Corrections still processing the settlement payment and has yet to

21      issue a settlement draft.

22          Given that the settlement has not yet been finalized, the parties respectfully request a

23      ninety (90) day extension to file dispositional documents from May 27, 2013, until **August 26,**

24      **2013.**

25      / / /

26      / / /

27      / / /

28      / / /

                                                              Stipulation and Proposed Order

1  Dated: May 22, 2013                     RIVERA & ASSOCIATES

2                                          s/ Jonathan B. Paul

3                                          _____
                                           JONATHAN B. PAUL
                                           Attorney for Defendants
4                                          Warden Swarthout, Chaplains Nasir and Sudran

5  Dated: May 22, 2013                     SHOOK, HARDY & BACON

6                                          s/ Amir Nassihi (As authorized 5/22/13)

7                                          _____
                                           Amir Nassihi Esq.,
                                           Attorney for Plaintiff
8                                          Karluck Mayweathers

9

10

11         FOR GOOD CAUSE SHOWN, it is ordered that the deadline for filing of dispositional

12 documents is extended to August 26, 2013.

13 DATED:  May 24, 2013

14

15                                         KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE
16

17 mayw3284.frthr.stip.

18

19

20

21

22

23

24

25

26

27

28
                                                            Stipulation and Proposed Order
                                                                                        2