1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLUCK MAYWEATHERS, | CASE NO. 2:09-cv-03284 LKK KJN P |
| Plaintiff, | |
| vs. | STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS |
| GARY SWARTHOUT, et al., | |
| Defendants. | |

The parties respectfully submit this stipulation for an extension of time to file dispositional documents in the above captioned case.  On November 15, 2012 the parties agreed to settle this action.  On August 6, 2013, the State Controller's Office issued a check financing the settlement; however, the settlement funds have not yet been deposited into the plaintiff's inmate trust account.  Thus, the parties respectfully request a ninety (90) day extension to file dispositional documents from August 26, 2013 to November 25, 2013.

Dated: August 26, 2013         RIVERA & ASSOCIATES

                               s/ Jonathan B. Paul

                               _____
                               JONATHAN B. PAUL
                               Attorney Defendants
                               Warden Swarthout, Chaplains Nasir and Sudran

Stipulation and Proposed Order

| | | |
|---|---|---|
| 1 | Dated: August 26, 2013 | SHOOK, HARDY & BACON |
| 2 | | s/ Amir Nassihi (as authorized on August 26, 2013) |
| 3 | | _____ |
| 4 | | Amir Nassihi Esq.,<br>Attorney for Plaintiff |
| 5 | | Karluck Mayweathers |

For good cause shown, IT IS HEREBY ORDERED that the deadline for filing of dispositional documents in this action is extended to November 25, 2013.

SO ORDERED.

DATED: August 27, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ maayw3284.stip.8.27.13