1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KARLUK M. MAYWEATHERS,                    No.  2:09-cv-03284 LKK KJN P

12                      Plaintiff,

13          v.                                  ORDER

14    GARY SWARTHOUT, et al.,

15                      Defendants.

16

17          The parties having timely signed and filed a Stipulation of Dismissal (ECF No. 71),

18    pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, IT IS HEREBY ORDERED

19    that this action is dismissed in its entirety, with prejudice; each side to bear its own attorney's fees

20    and costs.  The Clerk of Court is directed to close this case.

21          SO ORDERED.

22    Dated:  November 26, 2013

23

24    /mayw3284.vol.dsms                        KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                              1