UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLUK M. MAYWEATHERS,<br><br>Plaintiff,<br><br>v.<br><br>GARY SWARTHOUT, et al.,<br><br>Defendants. | No.  2:09-cv-03284 LKK KJN P<br><br><br><br>ORDER |

The parties having timely signed and filed a Stipulation of Dismissal (ECF No. 71), pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice; each side to bear its own attorney's fees and costs.  The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:  November 26, 2013

/mayw3284.vol.dsms

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1